# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV250 |
| | ) | |
| v. | ) | |
| | ) | |
| **1999 CADILLAC ESCALADE VIN 1GYEK13RXXR413673,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties request a 60-day extension of the Rule 26(f) reporting deadline pending settlement discussions. For good cause shown,

**IT IS ORDERED** that the motion (#11) is granted, and the parties are given an extension of time to October 24, 2005 to file their Rule 26(f) planning report.

**DATED August 19, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**