FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 23 PM 12: 16

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 8:05CV250 |
| 1999 CADILLAC ESCALADE, VIN 1GYEK13RXXR413673, | ) ORDER |
| Defendant. | ) |

NOW ON THIS 23rd day of September, 2005, this matter comes on before the Court upon the Stipulation of the parties (Filing No 13). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. The Claimant, Dianne Carroll, will pay the United States $6,000.00. The United States, in turn, will return the Defendant vehicle to Ms. Carroll. The payment will be tendered to a representative of the U. S. Marshals Service on ~~October 3~~ September 26, 2005; delivery of the vehicle will be made to Ms. Carroll at the same time.

2. The U.S. Marshals Service shall be reimbursed for the costs that office incurred in maintaining custody of Defendant vehicle. The reimbursement shall be made from the $6,000.00 Ms. Carroll will tender to the United States. The remaining balance shall be considered forfeited to the United States and shall be disposed of

by the U.S. Marshals Service according to law.

3. Upon Ms. Carroll's receipt of the Defendant vehicle, she shall file a Receipt with this Court.

4. A Judgment should then be entered by this Court in accordance with the parties' Stipulation.

5. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation (Filing No. 13) is hereby approved.

B. The Claimant, Dianne Carroll, will pay the United States $6,000.00. The United States, in turn, will return the Defendant vehicle to Ms. Carroll. The payment will be tendered to a representative of the U. S. Marshals Service on October 3, 2005; delivery of the vehicle will be made to Ms. Carroll at the same time.

C. The U.S. Marshals Service shall be reimbursed for the costs that office incurred in maintaining custody of Defendant vehicle. The reimbursement shall be made from the $6,000.00 Ms. Carroll will tender to the United States. The remaining balance is hereby forfeited to the United States. All right, title or interest in or to this remaining balance held by any person or entity is hereby forever barred and foreclosed. Said property shall disposed of by the U.S. Marshals Service according to law.

D. Upon Ms. Carroll's receipt of the Defendant vehicle, she shall file a Receipt with this Court.

BY THE COURT:

LAURIE SMITH CAMP
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda   (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

1999 CADILLAC ESCALADE,
VIN 1GYEK13RXXR413673, Defendant,
and DIANNE CARROLL, Claimant

By: _____
ALAN G. STOLER (#15764)
Attorney at Law
1823 Harney Street
Suite 1004
Omaha, Nebraska 68102
(402) 346-2242